RECEIVED
MAR 08 2017
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 16-CR-196 (ADM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | 18 U.S.C. § 2422(b) |
| | 18 U.S.C. § 2428 |
| v. | |
| MICHAEL ROBERT GRANLEY, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Coercion and Enticement)

On or about October 25, 2015, in the State and District of Minnesota and elsewhere, the defendant,

**MICHAEL ROBERT GRANLEY,**

a 42-year-old male, did use a facility and means of interstate and foreign commerce, that is the Internet, to knowingly persuade, induce, and entice a known 15-year old girl to engage in sexual activity for which a person can be charged with a criminal offense, namely a violation of Pennsylvania Statute, Title 18, Section 6312(b)(1), prohibiting the Sexual Abuse of Children.

All in violation of Title 18, United States Code, Section 2422(b).

SCANNED
MAR 08 2017
U.S. DISTRICT COURT ST. PAUL

United States v. Michael Robert Granley

## FORFEITURE ALLEGATIONS

Count 1 of this Information is hereby re-alleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

As a result of the foregoing offenses, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428:

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including:

   a. a Verizon Tablet, model QMV7B Ellipsis 7, serial number OR4TSS9TAEVCS48D; and

   b. An Apple IPhone 6, serial number F78PL4TXG5MG.

United States v. Michael Robert Granley

All in violation of Title 18, United States Code, Section 2428.

Dated: March 8, 2017

ANDREW M. LUGER
United States Attorney

BY: *Carol M. Kayser*

CAROL M. KAYSER
Assistant U.S. Attorney